1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

7

8 UNITED STATES OF AMERICA,                          NO.  MJ16-383

9                                   Plaintiff,

10          v.

11                                                                      DETENTION ORDER
STEPHEN J. TWINING,

12
                                Defendant.

13

14 Offense charged:

15          Count 1:      Possession of Child Pornography

16 Date of Detention Hearing: September 7, 2016

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

19          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20          1.       Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

21                   defendant is a flight risk and a danger to the community based on the nature of

22                   the pending charges.  Application of the presumption is appropriate in this case.

23          2.       Defendant has stipulated to detention, but reserves the right to contest his

24                   continued detention if there is a change in circumstances.

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3.      There are no conditions or combination of conditions other than detention that

will reasonably assure the appearance of defendant as required or ensure the

safety of the community.

IT IS THEREFORE ORDERED:

(1)      Defendant shall be detained and shall be committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)      Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)      On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding; and

(4)      The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 8th day of September, 2016.

_James P. Donohue_

JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2